# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:20-CR-00003-MMD-WGC |
| Plaintiff, | ) ) | ~~(Proposed)~~ |
| v. | ) ) | **ORDER** |
| MICHAEL MEZA-CAMPOS, | ) ) | |
| Defendant. | ) ) | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Motion to Suppress Unlawful Wiretap Evidence [ECF 101] be due on February 16, 2021.

DATED this __27th__ of January, 2021.

_____
HON. MIRANDA M. DU
CHIEF JUDGE, U.S. DISTRICT COURT

3