NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
United States Attorney's Office
400 South Virginia, Suite 900
Reno, Nevada 89501
775-784-5438
Randy.StClair@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:20-CR-00003-MMD-WGC |
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION TO SEAL AND SEALING ORDER** |
| MICHAEL MEZA-CAMPOS,    aka Michael Meza    aka Corky GILBERTO GRACIAN-RENTERIA,    aka Juan Jose Cruz-Vizcarra NICOLAS GARCIA-BRISENO, JESUS RODRIGUEZ-RUBIO,    aka Chewy and ALDO ABRAHAM CASTILLO-PEREZ, | |
| Defendants. | |

The government respectfully moves the Court for an order sealing the corresponding Stipulation for Protective Order Regarding Discovery of A/V Disc, USAO #000550, Exhibit N-32, Protective Order [Proposed] Regarding Discovery of A/V Disc, USAO #000550, Exhibit N-32, this Motion, and any corresponding Order issued by this Honorable Court, be sealed, given

1  that the stipulation and proposed protective order contain information that was discovered and
2  should not be disclosed.
3
4  DATED this 31st day of December 2020.   Respectfully submitted,

   NICHOLAS A. TRUTANICH
5  United States Attorney

6
   __/s/ Randolph J. St. Clair_____
7  RANDOLPH J. ST. CLAIR
   Assistant United States Attorney

**ORDER**

Based upon the government's foregoing motion and the representations set forth therein, and good cause appearing, the Court hereby ORDERS that the Stipulation for Protective Order Regarding Discovery of A/V Disc, USAO #000550, Exhibit N-32, Protective Order [Proposed] Regarding Discovery of A/V Disc, USAO #000550, Exhibit N-32, this Motion, and any corresponding Order be filed under SEAL effective today until further Order of the Court.

DATED this 1st day of February, 2021.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE