CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
KIMBERLY A. SOKOLICH
Assistant United States Attorney
United States Attorney's Office
400 South Virginia, Suite 900
Reno, Nevada 89501
775-784-5438
Randy.StClair@usdoj.gov
Kimberly.Sokolich@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MEZA-CAMPOS, <br><br> Defendant. | 3:20-CR-00003-MMD-WGC <br><br> **STIPULATION TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION TO STRIKE EXPERT TESTIMONY OF DEA SPECIAL AGENT WILLIAM CORDERO OR FOR A *DAUBERT* HEARING [ECF 177]** <br><br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED by and through CHRISTOPHER CHIOU, Acting United States Attorney, RANDOLPH J. ST. CLAIR, Assistant United States Attorney, and KIMBERLY A. SOKOLICH, counsel for the United States of America, and CHRISTOPHER FREY, Assistant Federal Public Defender, counsel for defendant Michael Meza-Campos, to extend the deadline for the Government's Response to Defendant's Motion to Strike

| | |
|---|---|
| 1 | Expert Testimony of DEA Special Agent William Cordero or For a *Daubert* Hearing [ECF No. |
| 2 | 177]. from July 7, 2021 to July 14, 2021. |

This is the parties' first request for an extension.

The parties stipulate, subject to the Court's approval, that the Government's Response to Defendant's Motion to Strike Expert Testimony of DEA Special Agent William Cordero or For a *Daubert* Hearing is due on July 14, 2021. The parties further stipulate that Defendant would have until July 19, 2021 to file any reply. This stipulation is requested mindful of the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 24th day of June 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

__/s/ Randolph J. St. Clair_____        __/s/ Christopher Frey_____
RANDOLPH J. ST. CLAIR                         CHRISTOPHER FREY
Assistant United States Attorney              Assistant Federal Public Defender
                                              Counsel for Michael Meza-Campos

IT IS SO ORDERED.

_____
HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: June 28, 2021_____